UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| VICTORIA JOHNSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:19-cv-04767-SEB-TAB ) |
| ANDERSON HOUSING AUTHORITY, WESTWOOD ESTATES, | ) ) ) |
| Defendants. | ) |

**JUDGMENT**

The Court having this day made its Entry directing the entry of final judgment, this action is dismissed without prejudice.

IT IS SO ORDERED.

Date:  6/8/2020

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

VICTORIA JOHNSON
2008 Beverly Court
Anderson, IN 46016