UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| VICTORIA JOHNSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:19-cv-04767-SEB-TAB |
| ANDERSON HOUSING AUTHORITY, WESTWOOD ESTATES, | ) ) ) ) |
| Defendants. | ) |

## ORDER

On May 3, 2021, we ordered Plaintiff to show cause by June 3, 2021, why this case should not be dismissed for her failure to provide accurate and truthful information on her *in forma pauperis* affidavit. This date has now come and gone without a word from Plaintiff. Accordingly, final judgment shall now be entered.

IT IS SO ORDERED.

Date:   6/14/2021

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

VICTORIA
JOHNSON
2008 Beverly Court
Anderson, IN 46016